# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEROME ROLDAN,<br>　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>　　　Defendant(s). | Case No.: 2:19-cv-01226-JCM-NJK<br><br>**Order** |

On October 7, 2019, Plaintiff and Equifax filed a notice of settlement stating that dismissal papers would be filed in 60 days. Docket No. 9. To date, dismissal papers have not been filed. Dismissal papers must be filed by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1