George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com
*Attorney for Plaintiff, JEROME ROLDAN*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEROME ROLDAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; KEYBANK, NA,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01226-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO <u>EQUIFAX INFORMATION SERVICES, LLC ONLY</u>** |

　　　Plaintiff JEROME ROLDAN and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

…

shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: May 12, 2020

| By: | By: |
|---|---|
| /s/George Haines, Esq. | /s/Jeremy Thompson, Esq. |
| George Haines, Esq. | Jeremy Thompson, Esq. |
| Nevada Bar No. 9411 | Clark Hill, PLLC |
| HAINES & KRIEGER, LLC | 3800 Howard Hughes Pkwy |
| 8985 S. Eastern Avenue | Suite 500 |
| Suite 350 | Las Vegas, NV 89169 |
| Las Vegas, Nevada 89123 | *Attorney for Defendant,* |
| *Attorney for Plaintiff,* | EQUIFAX INFORMATION |
| JEROME ROLDAN | SERVICES, LLC |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 15, 2020